UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                :
UNITED STATES OF AMERICA,
                :    **NOTICE OF APPEARANCE**
      -against-
                :    23 CR 99
KEVIN PEREZ et al,
                :
         Defendant.
                :
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq., Law Offices of Jeffrey Lichtman, 11 East 44th Street, Suite 501, New York, New York 10017 appears on behalf of defendant KEVIN PEREZ in the above-captioned case.

Dated:  New York, New York
          February 23, 2023

                                                          _____
                                                          **JEFFREY LICHTMAN, ESQ. [6328]**
                                                          **LAW OFFICES OF JEFFREY LICHTMAN**
                                                          11 East 44th Street, Suite 501
                                                          New York, New York 10017
                                                          Ph: (212) 581-1001
                                                          Fax: (212) 581-4999
                                                          jhl@jeffreylichtman.com