UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:
    -v-                                             :     23-CR-99 (LJL)
:
KEVIN PEREZ, DEVON MASON, ERVIN         :     SCHEDULING ORDER
BEAMON, NICHOLAS JOHNSON, SEAN          :
SMITH, AND JOSSI CASTRO,                          :
:
                  Defendants.              :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Due to a scheduling conflict, the Status Conference previously set for June 1, 2023, is rescheduled to June 8, 2023, at 10:00AM.  The conference will be held in Courtroom 15C at the 500 Pearl Street Courthouse.  If parties are not available to appear on the rescheduled date, they are to meet and confer and write a joint letter to the Court proposing dates all parties are available.  In addition, the letter should note whether all parties consent to the exclusion of time until the agreed upon date.

      SO ORDERED.

Dated: May 30, 2023
       New York, New York
                                             LEWIS J. LIMAN
                                          United States District Judge