**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                            Telephone 212-349-0230

**By Email and ECF**

May 31, 2023

REQUEST GRANTED AS TO ALL DEFENDANTS.
The Status Conference previously set for June 8, 2023 is rescheduled to
July 13, 2023 at 12:00PM in Courtroom 15C at the 500 Pearl Street
Courthouse.  On consent of all parties, the Court excludes time from June
1, 2023 until July 13, 2023 pursuant to the Speedy Trial Act, 18 U.S.C.
3161(h)(7)(A), upon a finding that the interest of justice outweighs the
interest of the public and the defendants in a speedy trial.

The Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

6/1/2023     SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:     U.S. v. Perez; *et al, including Sean Smith*
         23 Cr. 99 (LJL)

Dear Judge Liman:

        This letter is respectfully submitted to request that the conference currently
scheduled for June 8, 2023, be adjourned to July 13, 2023 after 11:00AM if that date and
time is convenient to Your Honor.

        I make this request because defense counsel have not yet received, much less had
the opportunity to review, sufficient discovery material for a meaningful conference on
June 8th.  When working with a CDA, discovery production is a multistep process.  The
Government produces the discovery to the CDA, which has not been seamless in this
case.  The CDA is currently working on the material for production to defense counsel.
The huge upside of working with a CDA is that once defense counsel receives the
discovery, the review process is both more complete and faster than if we did not have
the benefit of the CDA's work.

        Assistant United States Attorney Ni Qian has informed me that the Government
consents to this request.  On behalf of all defense counsel, I consent to the exclusion of
time until July 14, 2023 for Speedy Trial purposes.

                                        Respectfully submitted,


                                         /s/Andrew Patel
                                        Andrew Patel
                                        *Counsel for Sean Smith*

cc: All counsel by ECF