UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                            :
:
                -v-                                                  :           23-CR-99 (LJL)
:
KEVIN PEREZ, DEVON MASON, ERVIN BEAMON,                              :              ORDER
NICHOLAS JOHNSON, SEAN SMITH, and JOSSI                              :
CASTRO,                                                              :
:
                        Defendants.                                  :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Due to an ongoing trial before the Court, the status conference scheduled for July 13, 2023 in this matter will either need to be moved to the afternoon of July 13 or to another date shortly after. Parties are directed to meet and confer, and submit a letter to the Court proposing a time of 3:00PM or later on July 13 in which all parties are available or a date and time within the next two weeks in which all parties are available.

      SO ORDERED.

Dated: July 10, 2023
       New York, New York

                                                      LEWIS J. LIMAN
                                           United States District Judge