

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2023

BY ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Perez et al.*, 23-99 (LJL)

Dear Judge Liman:

    The Government respectfully submits this letter in compliance with the Court's order dated July 10, 2023, requesting the parties to meet and confer regarding a date and time that is convenient for all parties a status conference. The parties have conferred and all parties are available in the morning of July 19, 2023.

    The Government further seeks, with the consent of defense counsel, an exclusion of time under the Speedy Trial Act between July 13, 2023 and July 19, 2023, so that defense counsel may continue to review discovery, consider potential defense motions, as well as to engage in discussions with the Government regarding a pretrial disposition.

                             Respectfully submitted,

                             DAMIAN WILLIAMS
                             United States Attorney

                 by:  /s/
                      Ni Qian
                      Assistant United States Attorney
                      (212) 637-2364