

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2023

BY ECF

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Perez et al.*, 23-99 (LJL)

Dear Judge Liman:

The Government respectfully submits this letter in compliance with the Court's order dated July 10, 2023, requesting the parties to meet and confer regarding a date and time that is convenient for all parties a status conference. The parties have conferred and all parties are available in the morning of July 19, 2023.

The Government further seeks, with the consent of defense counsel, an exclusion of time under the Speedy Trial Act between July 13, 2023 and July 19, 2023, so that defense counsel may continue to review discovery, consider potential defense motions, as well as to engage in discussions with the Government regarding a pretrial disposition.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   __/s/_____
Ni Qian
Assistant United States Attorney
(212) 637-2364

---

MEMO ENDORSEMENT.

The Status Conference previously set for July 13, 2023 is rescheduled to July 19, 2023 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. On consent of all parties, the Court excludes time from July 12, 2023 until July 19, 2023 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time between now and July 19 will allow defense counsel to continue to review discovery, consider potential defense motions, as well as to engage in discussions with the Government regarding a pretrial disposition.

7/12/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge