LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44ᵀᴴ STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

July 20, 2023

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Kevin Perez</u>, 23 CR 99 (LJL) (S.D.N.Y.)

Dear Judge Liman:

I represent Mr. Perez in the above-referenced matter. On behalf of Mr. Perez, I hereby consent to the exclusion of time under the Speedy Trial Act between July 19, 2023 and September 19, 2023.

Respectfully submitted,

Jeffrey Lichtman

cc:   Ni Qian, Esq. (by ECF)
      Assistant United States Attorney