

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 31, 2023

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Kevin Perez,* 23 Cr. 99 (LJL)

Dear Judge Liman:

    The Government writes to inform the Court that the Government will **not** seek the death penalty against defendant Kevin Perez in this case.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney

                       By:     */s/*
                                    Elizabeth A. Espinosa/Ni Qian/Jim Ligtenberg
                                    Assistant United States Attorneys
                                    (212) 637-2216/-2364/-2665

cc:    counsel of record (by ECF)