

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 19, 2023

REQUEST GRANTED as to all defendants.
The Court, on application of the Government and with consent of all defendants, excludes time from July 19, 2023 until September 19, 2023 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time between now and September 19 will allow defense counsel to continue to review discovery with their clients, defendants to consider potential motions, and parties to discuss potential pretrial dispositions. The Clerk of Court is respectfully directed to terminate the motions at Dkt. Nos. 52, 54, 60, and 61.

8/10/2023  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

BY ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Perez et al.*, 23-99 (LJL)

Dear Judge Liman:

The Government respectfully submits this letter to seek an exclusion of time under the Speedy Trial Act between July 19, 2023 and September 19, 2023, so that defense counsel may continue to review discovery, consider potential defense motions, as well as to engage in discussions with the Government regarding a pretrial disposition.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   __/s/__
Ni Qian
Assistant United States Attorney
(212) 637-2364