

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*John J. McMahon Jr., Esq.*

DATE OF ADMISSION

*November 23, 1977*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: September 20, 2023

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk