***PELUSO & TOUGER, LLP***
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

BY ECF

October 10, 2023

Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street New York, New York 10007

Re: USA v. Kevin Perez, 23 CR 99 (LJL)

Your Honor:

At the last Court conference on September 19th, you authorized Interim vouchers to be filed in this matter due to the highly voluminous amount of Discovery. I would respectfully request that the Court issue a written Order memorializing its Oral Order.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger, Esq.