### *PELUSO & TOUGER, LLP*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

> MEMO ENDORSEMENT.
> Defense counsel is directed to submit to the
> Court a proposed form of order via ECF.
>
> 10/11/2023   SO ORDERED.
> [signature]
> LEWIS J. LIMAN
> United States District Judge

BY ECF

October 10, 2023

Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street New York, New York 10007

Re:  USA v. Kevin Perez, 23 CR 99 (LJL)

Your Honor:

At the last Court conference on September 19th, you authorized Interim vouchers to be filed in this matter due to the highly voluminous amount of Discovery.  I would respectfully request that the Court issue a written Order memorializing its Oral Order.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger, Esq.