***PELUSO & TOUGER, LLP***
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

BY ECF

December 14, 2023

Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street New York, New York 10007

Re:  USA v. Kevin Perez, 23 CR 99 (LJL)

Your Honor:

On December 13, 2023, the Court issued an Order allowing attorney, John J. McMahon to appear as counsel for Mr. Perez.  Thus, I would respectfully ask to be relieved as counsel in this matter.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger, Esq.