UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                     :
USA,                   :
                     :
           -v-                :           23-CR-99-1 (LJL)
                     :
KEVIN PEREZ,              :
                     :               <u>ORDER</u>
              Defendant.       :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court granted the motion of John J. McMahon, Jr., to appear pro hac vice as counsel for defendant Kevin Perez. Dkt. No. 76. The Court previously appointed David Touger, Esq., as counsel to represent Mr. Perez. Mr. Touger now moves to be relieved as counsel for Mr. Perez, in light of the order permitting Mr. McMahan to appear as counsel for Mr. Perez. Dkt. No. 77. It appears that the intent of the parties is that Mr. McMahon is to represent Mr. Perez for all purposes. It also appears from the record that Mr. Perez desires to be represented by Mr. McMahon, rather than by Mr. Touger. It is hereby ORDERED that by no later than December 22, 2023, Mr. McMahon shall submit a letter on ECF, in his capacity as counsel for Mr. Perez, indicating whether he is prepared to represent Mr. Perez for all purposes in this matter, whether Mr. Perez consents to such representation, and whether Mr. Perez objects to Mr. Touger's request to be relieved as counsel. Any party who believes that the Court should hold a hearing with respect to the motion at Dkt. No. 77 shall also so inform the Court no later than December 22, 2023. In the absence of a request for a hearing, the Court shall rule on the papers on Mr. Touger's motion.

       SO ORDERED.

Dated: December 20, 2023
        New York, New York
                                                  LEWIS J. LIMAN
                                                  United States District Judge