**LAW OFFICES
OF
JACK MCMAHON**

139 North Croskey Street
Philadelphia, PA 19103

**Jack McMahon, Esquire**
mcmahonlaw@hotmail.com

Office: 215-985-4443
Facsimile: 215-985-4416

**Emily Cherniack, Esquire**
ebchern@gmail.com

December 20, 2023

**VIA ECF**

Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: US v. Kevin Perez
    Criminal No. 1:23-cr-000999-LJL-1

Dear Judge Liman:

    After speaking with the above-entitled Defendant, I am writing this letter to indicate that I am prepared to assume all duties as counsel in this matter. Mr. Perez has confirmed to me that he consents to my representation of him on this matter and does not object to Attorney David Touger being relieved as counsel. Please let my office know if there is anything else we can do to assist and we appreciate your time.

                              Respectfully,

                              Jack McMahon

cc: David Touger, Esq. (via e-mail)