***PELUSO & TOUGER, LLP***
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

> REQUEST GRANTED.
> The Court grants the application for CJA attorney David Touger to be relieved as counsel for Mr. Perez. The Clerk of Court is respectfully directed to terminate Mr. Touger as counsel on the docket.
>
> 12/20/2023   SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

BY ECF

December 14, 2023

Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street New York, New York 10007

Re: USA v. Kevin Perez, 23 CR 99 (LJL)

Your Honor:

On December 13, 2023, the Court issued an Order allowing attorney, John J. McMahon to appear as counsel for Mr. Perez. Thus, I would respectfully ask to be relieved as counsel in this matter.

Thank you very much for your consideration of this matter.

Most Respectfully,

*[signature]*

David Touger, Esq.