UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Crim. No. 23-99-1(LJL) |
| Plaintiff, | : | |
| | : | |
| vs. | : | Hon. Lewis J. Liman, U.S.D.J. |
| | : | |
| KEVIN PEREZ | : | **ORDER FOR ADMISSION** |
| | : | **PRO HAC VICE** |
| Defendant. | : | |

**IT IS HEREBY ORDERED** that the motion of Thomas R. Ashley for admission to practice Pro Hac Vice in the above captioned case is granted.

The Applicant has declared that he is a member in good standing of the bar of New Jersey; and that his contact information is as follows:

Thomas R. Ashley
The Law Office of Thomas R. Ashley
50 Park Place, Suite 1400
Newark, New Jersey 07102
T. 973.623.0501   F. 973.623.0329
Email ashleylaw@traesq.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Kevin Perez in the above entitled action;

**IT IS ON THIS** ____23rd____ **day of** ____September____, **2024**

**HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE