Michael T. Ashley, Esq.
**THE LAW OFFICE OF THOMAS R. ASHLEY**
50 Park Place, Suite 1400
Newark, New Jersey 07102
T.973.623.0501 F.973.623.0329
E.ashleylaw@traesq.com
New Jersey Attorney ID: 270032021

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | **:** | |
| UNITED STATES OF AMERICA, | **:** | Crim. No. 23-99-1(LJL) |
| | **:** | |
| v. | **:** | Hon. Lewis J. Liman, U.S.D.J. |
| | **:** | |
| KEVIN PEREZ | **:** | |
| | **:** | |
|     Defendant. | **:** | |
| | **:** | |
| | **:** | |

**NOTICE OF MOTION TO SEAL A FILING**

TO:  Michael R. Herman
    Assistant United States Attorney
    One Saint Andrew's Plaza
    New York, New York 10007

    James Alan Ligtenberg
    Assistant United States Attorney
    One Saint Andrew's Plaza
    New York, New York 10007

    Patrick Ryan Moroney
    Assistant United States Attorney
    One Saint Andrew's Plaza
    New York, New York 10007

**PLEASE TAKE NOTICE** that Pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure, MICHAEL T. ASHLEY hereby moves this Court for an Order for sealing Exhibit A appended hereto.

**PLEASE TAKE FURTHER NOTICE** that movant shall rely upon the Rule 49.1 of the Federal Rules of Criminal Procedure and well established precedent to support the relief requested herein.

**The Law Office of Thomas R. Ashley**
*Attorneys for Defendant Kevin Perez*

By: _____
Michael T. Ashley

Dated: January 7, 2025

2

## <u>CERTIFICATE OF SERVICE</u>

I, MICHAEL T. ASHLEY, of full age hereby certify and say:

1.    I am an attorney with the Law Office of Thomas R. Ashley.

2.    On this date, I caused a copy of this Notice of Motion and appended exhibit to be served via CM/ECF on all counsel of record who have appeared in this case.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


                                **The Law Office of Thomas R. Ashley**
                                *Attorneys for Defendant Kevin Perez*

        By:     _____
                                Michael T. Ashley


Dated: January 7, 2025