EXHIBIT A

# Law Office of Thomas R. Ashley

Robert Treat Center
50 Park Place, Suite 1400
Newark, New Jersey 07102
Tel: (973) 623-0501
Fax: (973) 623-0329

January 7, 2025

BY ECF (FILED UNDER SEAL)

The Honorable Lewis J. Liman, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**    **United States v. Kevin Perez**
       **Criminal No. 23-99 (LJL)**

Dear Judge Liman:

Along with co-counsel Thomas R. Ashley, and co-counsel Husain Gatlin, I represent the Defendant Kevin Perez. Unfortunately, Mr. Thomas R. Ashley was hospitalized at Overlook Medical Center in Summit, New Jersey, from this past December 21st to 23rd for diabetes-related illness. At that time, we believed that this hospitalization would not interfere with his representation of Mr. Perez. However, since then, Thomas R. Ashley was re-admitted on December 29th to the same facility where he remains with severe pneumonia and no foreseeable discharge date. It was not until this past Friday, January 3, that it became apparent that Thomas R. Ashley would not be available on January 21, 2025, the date presently set for trial. As such, we are respectfully requesting a 60-day adjournment of the date scheduled to commence trial.

This period of time will ensure that, even in the event that Thomas R. Ashley is unavailable for trial at that future date, counsel will be prepared to proceed on Mr. Perez's behalf. I would deferentially emphasize that this firm has only been admitted to proceed in this very complicated RICO case, with extremely voluminous discovery, since September 23, 2024. Of course, our firm's primary concern is Mr. Perez's Sixth Amendment right to effective counsel of his choosing. We believe that the requested 60-day extension will ensure that Mr. Perez's Sixth Amendment rights are protected. I am available to conference this matter with Your Honor and the Government at any time.

We filed Mr. Perez's Memorandum of Law and Appendix in Support of Pretrial Motions on December 20, 2024. On that date, I received the Government's Requests to Charge, proposed Examination of Prospective Jurors and proposed Jury Verdict Sheet, along with the Government's Motions *In Limine*.

1

  I now respectfully seek an extension until January 17, 2025 to respond to these Government filings. Reasons for this request are, in addition to Thomas R. Ashley's illness, my work load (covering his cases as well as my own), along with assisting at the hospital around the clock over the past few weeks. We apologize for any inconvenience this request may cause, but please understand that this has been a rapidly changing situation and Thomas R. Ashley's health is of great importance to me.

  On January 3, 2025, AUSA Patrick R. Moroney responded to our request for consent to extend the time to file our Motions Reply with the following: "The Government defers to the Court." If Your Honor wishes to discuss the details surrounding Mr. Ashley's medical condition or any other matter herein, please feel free to contact me at (973) 424-7180. The Court's courtesy and cooperation is greatly appreciated. I remain…

Very truly yours,

Michael T. Ashley
The Law Office of Thomas R. Ashley
*Attorneys for Defendant Kevin Perez*

cc: Co-counsel, Husain Gatlin
  AUSA, Michael R. Herman,
  AUSA, James A. Ligtenberg,
  AUSA, Patrick A. Moroney
  Defendant, Kevin Perez