# LAW OFFICE OF THOMAS R. ASHLEY

ROBERT TREAT CENTER
50 PARK PLACE, SUITE 1400
NEWARK, NEW JERSEY 07102
TEL: (973) 623-0501
FAX: (973) 623-0329

January 10, 2025

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: <u>USA v. Kevin Perez</u>
    Docket No. 23-cr-99

Dear Judge Liman:

The undersigned represents Kevin Perez in above mentioned matter. In response to the Court's January 7, 2025 text order, please be advised Mr. Perez consents to the exclusion of the speedy trial time until March 10, 2025.

I thank the Court for it's courtesy and consideration. Should Your Honor require any further information or specificity, please do not hesitate to contact me.

Respectfully yours,

Michael T. Ashley

MTA/cy