UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
    -v-  :  23-CR-99-1 (LJL)
:
KEVIN PEREZ,  :  ORDER
:
    Defendant.  :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Counsel for Perez shall file a letter on the docket no later than 5pm on January 15, 2025, reporting on whether there has been any change in the condition of the senior defense counsel that would permit him personally to try the case in February, 2025.

    SO ORDERED.

Dated: January 15, 2025
       New York, New York

                                                    LEWIS J. LIMAN
                                            United States District Judge