

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 11, 2025

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Kevin Perez,* 23 Cr. 99 (LJL)

Dear Judge Liman:

    The Government writes with respect to the testimony of Police Officer Edin Bacovic, who, the Government expects, will testify that he arrested the defendant on July 18, 2020, for possessing a firearm. As the Government explained during this evening's conference, the defendant's possession of a firearm is direct evidence of the charged racketeering conspiracy—regardless of whether the defendant possessed that firearm in the territory of Sev Side/DOA, the allied Third Side gang, or in the territory of a rival gang. The Indictment in this case specifically alleged in Count One that, "[a]mong the means and methods employed by the members and associates in conducting and participating in the conduct of the affairs of Sev Side/DOA were the following: [. . .] Members and associates of Sev Side/DOA obtained, possessed, and used firearms and ammunition." Dkt. No. 1 ¶ 5(d).

    That the defendant possessed a firearm during the period of the charged conspiracy is thus direct evidence of the conspiracy and the defendant's role in that conspiracy. *See United States v. Fertides*, No. 22-2991-cr, 2024 WL 3319645, at *5 (2d Cir. July 8, 2024) (concluding that district court properly admitted evidence of defendant's firearm possession arrest and conviction as direct evidence of racketeering conspiracy, noting that defendant had been arrested with the gun in his gang's territory during the period of the charged conspiracy, and explaining that the evidence was thus "'inextricably intertwined' with the charged racketeering conspiracy").

                                 Respectfully submitted,

                                 MATTHEW PODOLSKY
                                 Acting United States Attorney

                By:       /s/
                      Michael R. Herman
                      Patrick R. Moroney
                      Ni Qian
                      Assistant United States Attorneys
                      (212) 637-2221 / -2330 / -2364

cc:    All counsel of record (by ECF)