# DAWN M. FLORIO
## LAW FIRM PLLC

488 Madison Avenue, 20th Floor, New York, NY 10022

dawnfloriolaw.com | dawn@dawnfloriolaw.com | (212) 939-9539

March 16, 2025

<u>Via Email</u>

Re: USA v. Perez, 23-CR-099 (LJL); Ashanti Washington

To The Honorable Judge Lewis J. Lyman:

Please be advised that the Dawn M. Florio Law Firm PLLC represents Ms. Ashanti Washington, who we understand will be called as a witness in this matter. We request that Dawn M. Florio, Esq. be present when Ms. Washington testifies.

Any correspondence may be sent, or papers served, at the above address. Attorney Dawn M. Florio can be contacted at (646) 210-5373.

Sincerely,

*Dawn M. Florio*

Dawn M. Florio Law Firm
488 Madison Ave, 20th Floor
New York, NY 10022