UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
USA,

            Plaintiff,            23-CR-99 (LJL)

   v.

KEVIN PEREZ,

            Defendant.
------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: Foreperson will be Juror 1

Print Name: Luke Hebert
Sign Name: [signature]
Date: 3/19/2025
Time: 11:50 am

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 3
RECEIVED ON: March 19, 2025
TIME RECEIVED: 11:52 [X] a.m. / [ ] p.m.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
USA,

            Plaintiff,            23-CR-99 (LJL)

    v.

KEVIN PEREZ,

            Defendant.
-----------------------------------------------X

## NOTE FROM JURY

### PLEASE PRINT

Message: Each juror would like a copy of the Indictment 23 Cr. 99 (LJL)

Print Name: Luke Hebert

Sign Name: [signature]

Date: 3/19/2025

Time: 11:56 a

---

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT # 4

RECEIVED ON: March 19, 2025

TIME RECEIVED: 11:57 [X] a.m. / [ ] p.m.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
USA,

                Plaintiff,                23-CR-99 (LJL)

    v.

KEVIN PEREZ,

                Defendant.
------------------------------------------------X

## NOTE FROM JURY

### PLEASE PRINT

Message: The jury would like a definition of a "reasonable person" as stated on page 26 of Jury Charge doc.

Print Name: Luke Hebert
Sign Name: [signature]
Date: 3/19/2025
Time: 3:32 pm

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 5

RECEIVED ON: March 19, 2025

TIME RECEIVED: 3:35   [ ] a.m. / [X] p.m.

Ct Ex. 6
230.99
3/20/2025

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007



**CHAMBERS OF**
**LEWIS J. LIMAN**
UNITED STATES DISTRICT JUDGE

Note from me to the Jury

You have asked me through my courtroom deputy whether it is possible to zoom in on a video with the laptop you have been provided. I have provided a set of instructions below.

United States v. Kevin Perez, 23 Cr. 099 (LJL)

VLC Media Player Instructions

Zooming In:

- Right click video ☐ "Open with…" ☐ VLC Media Player
- Click Tools in the top bar
- Select Effects and Filters
- Select Video Effects
- Select Geometry
- Check "Interactive Zoom" box

o The full video will move to the upper left corner of the screen, with a smaller box inside that can be moved around to zoom into various areas of the video

o Use the vector in the upper left corner to adjust the zoom ☐ sliding up zooms in, sliding down zooms out

- Uncheck "Interactive Zoom" when finished

Moving Frame-by-frame:

- Hit the "E" button on the keyboard to move frame-by-frame

Changing Speed:

- Click Playback in the top bar
- Hover over "Speed" ☐ Select desired speed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
USA,

            Plaintiff,            23-CR-99 (LJL)

   v.

KEVIN PEREZ,

            Defendant.
------------------------------------------------X

## NOTE FROM JURY

### PLEASE PRINT

Message: The jury would like the transcript of the explanation of "reasonable" given to us this morning by the Judge.

Print Name: Luke Hebert
Sign Name: [signature]
Date: 3/20/2025
Time: 10:40 am

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 7

RECEIVED ON: March 20, 2025

TIME RECEIVED: 10:45 [X] a.m. / [ ] p.m.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

USA,

          Plaintiff,          23-CR-99 (LJL)

    v.

KEVIN PEREZ,

          Defendant.
------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: The jury cannot come up with an unanimous vote on one of the counts. We need guidance.

Print Name: Luke Hebert
Sign Name: [signature]
Date: 3/21/2025
Time: 1:21 pm

## THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 8
RECEIVED ON: March 20, 2025
TIME RECEIVED: 1:27  [ ] a.m. / [X] p.m.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
USA,

           Plaintiff,           23-CR-99 (LJL)

   v.

KEVIN PEREZ,

           Defendant.
-----------------------------------------------X

## NOTE FROM JURY

### PLEASE PRINT

Message: The jury has reached a verdict.

Print Name: Luke Hebert

Sign Name: [signature]

Date: 3/21/2025

Time: 3:09 pm

---

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 9

RECEIVED ON: March 20, 2025

TIME RECEIVED: 3:15     [ ] a.m. / [X] p.m.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
USA,

              Plaintiff,              23-CR-99 (LJL)

    v.

KEVIN PEREZ,

             Defendant.
-----------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: The Jury would like one more Jury Verdict Form. We made an error on the first one.

Print Name: Luke Hebert

Sign Name: [signature]

Date: 3/20/2025

Time: 3:25 pm

## THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 10

RECEIVED ON: March 20, 2025

TIME RECEIVED: 3:28   [ ] a.m. / [X] p.m.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007



**CHAMBERS OF**
**LEWIS J. LIMAN**
UNITED STATES DISTRICT JUDGE

I understand that you have reached a verdict. I also understand that you made an error in completing the first verdict form. I am providing you a new verdict form. If you have reached a verdict, you are to complete this form and place it in a sealed envelope and inform the Court Security Officer when you are ready. You are to leave the incorrectly completed verdict form in the jury room and my courtroom deputy will discard it.