UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN PEREZ,<br><br>Defendant. | 23-cr-99 (LJL) |

**JURY VERDICT**

Please indicate each of your verdicts with a check mark ( ✓ )

**Count One: Racketeering Conspiracy**

As to Count One, how do you find defendant KEVIN PEREZ?

    Not Guilty _____    Guilty __✓__

If and only if you find defendant KEVIN PEREZ guilty of Count One, which types of racketeering acts do you find were involved in the offense?

    <u>Acts Involving Murder (Committed, Attempted, Aided and Abetted, Caused Another to Commit, Conspiracy to Commit)</u>

        Not Proved _____    Proved __✓__

    <u>Acts Involving Wire Fraud</u>

        Not Proved _____    Proved __✓__

    <u>Acts Involving Bank Fraud</u>

        Not Proved _____    Proved __✓__

If and only if you find defendant KEVIN PEREZ guilty of Count One, did the pattern of racketeering activity include the murder of Hwascar Hernandez?

    No __✓__    Yes _____

### Count Two: Murder in Aid of Racketeering – Hwascar Hernandez

As to Count Two, how do you find defendant KEVIN PEREZ?

    Not Guilty ✓    Guilty ____

### Count Three: Violent Crimes in Aid of Racketeering

As to Count Three, how do you find defendant KEVIN PEREZ?

    Not Guilty ____    Guilty ✓

If and only if you find defendant KEVIN PEREZ guilty of Count Three, indicate whether the Government has proven the following:

  Assault with a Dangerous Weapon

    Not Proved ____    Proved ✓

  Attempted Murder

    Not Proved ____    Proved ✓

### Count Four: Firearms Offense

As to Count Four, how do you find defendant KEVIN PEREZ?

    Not Guilty ____    Guilty ✓

If and only if you find defendant KEVIN PEREZ guilty of Count Four, was the firearm:

  Brandished?

    NO ____    YES ✓

  Discharged?

    NO ____    YES ✓

_____    3/20/2025
Foreperson    Date

