

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 25, 2025

**BY EMAIL AND ECF**
The Honorable George B. Daniels
The Honorable Lewis J. Liman
United States District Judges
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Ashanti Washington*, 25 Cr. 287 (GBD)
    *United States v. Kevin Perez*, 23 Cr. 99 (LJL)

Dear Judges Daniels and Liman:

  The Government respectfully writes to advise the Court of the relation between the two cases referenced above, in connection with the unsealing earlier today of indictment 25 Cr. 287 (GBD) (the "*Washington* Indictment").

  *First,* on March 10, 2025, Judge Liman began presiding over a jury trial in *United States v. Kevin Perez*, 23 Cr. 99 (LJL), in which defendant Kevin Perez was tried on charges of racketeering conspiracy (Count One), murder in aid of racketeering in connection with the murder of Hwascar Hernandez on December 16, 2021 (Count Two), attempted murder in aid of racketeering in connection with a nonfatal shooting on November 10, 2021 (Count Three), and possession, use, brandish, and discharge of a firearm during and in relation to the attempted murder in aid of racketeering (Count Four).  On March 20, 2025, the jury returned guilty verdicts as to Counts One, Three, and Four, and acquitted the defendant of Count Two.  As a result of the jury's verdict, Perez faces a mandatory minimum sentence of 10 years' imprisonment and a maximum sentence of life imprisonment.  Perez is currently scheduled to be sentenced by Judge Liman on July 16, 2025.

  On March 17 and 18, 2025, Ashanti Washington, the defendant in the *Washington* Indictment, testified before Judge Liman and a jury at the *Perez* trial as a witness during the defense case.  Washington testified, among other things, that she had been with Perez the night before the shooting that resulted in the death of Hwascar Hernandez on December 16, 2021 as well as in the moments before the shooting, and that she was witness to the interaction between Hernandez and Perez before Perez shot and killed Hernandez.  During her sworn trial testimony, Washington was questioned on her knowledge of the racketeering enterprise with which Perez was charged—a street gang called "Sev Side/DOA"; her knowledge of the firearm that Perez used to kill Hernandez; and what Hernandez had said to Perez that could have caused Perez to believe that he and/or Washington were in imminent physical danger in support of Perez's self-defense claim as to that count.

Evidence that came to light after the trial shows that Washington provided false testimony as to all three topics. For example, despite Washington's testimony denying ever touching the firearm that Perez used to kill Hernandez ("Q. And the defendant had a gun on him that morning, correct? A. Yes. Q. You touched the gun, right? A. No. . . . Q. You are saying you never touched the gun? A. No.") or even being aware that Perez possessed a firearm prior to the moment Perez drew the firearm to shoot Hernandez ("Q. So you did not know he had a gun until he shot? A. Yes. Q. You did not know he had a gun? A. No, I did not know. Q. So you're not aware if he brought a gun to your house when he spent the night? A. No. Q. You have no idea? A. No. . . . Q. [Y]ou had no idea the defendant had a gun on him until he shot, correct? A. Correct."), DNA analysis performed after the trial from a sample obtained from Washington showed that Washington's DNA was included in the mixture of DNA found on multiple parts of the gun, indicating that Washington had in fact touched the firearm that Perez used to kill Hernandez.

Presented with evidence of her false testimony, on June 2024, the grand jury returned the *Washington* Indictment, charging Washington with three counts of perjury at a federal criminal trial, in violation of Title 18, United States Code, Section 1623, and one count of obstruction of justice, in violation of Title 18, United States Code, Section 1503(a). The indictment was assigned to Judge Daniels. Washington is expected to be presented today in Magistrate Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: *[signature]*

———————————————
Michael Herman / Patrick Moroney / Ni Qian
Assistant United States Attorneys
(212) 637-2221 / -2665 / -2364