UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                  :
:
-v-                               :        23-CR-99-1 (LJL)
:
KEVIN PEREZ,                               :        <u>ORDER</u>
:
Defendant.                   :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Counsel for Perez has submitted a letter to the Court requesting sealing in connection with Mr. Perez's sentencing memorandum to be submitted in connection with sentencing in the above-captioned case. The letter itself may be filed under seal. Counsel shall file publicly so much of the sentencing memorandum that may be publicly filed without undermining the countervailing interests that would overcome the public's presumptive right of access. The full sentencing memorandum may be filed under seal with the portions redacted from the public version highlighted. The Court reserves the right to unseal the redacted portions.

    SO ORDERED.

Dated: December 11, 2025
       New York, New York

                                            LEWIS J. LIMAN
                                        United States District Judge