UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PEREZ<br><br>Defendant. | Case Number 23-cr-099 (LJM)<br><br>Judge: Hon. Lewis J. Liman<br><br>NOTICE OF APPEAL TO THE<br>U.S. COURT OF APPEALS FOR<br>THE SECOND CIRCUIT |

Notice is hereby given that Kevin Perez appeals to the United States Court of Appeals for the Second Circuit from the final judgment of conviction entered on December 30, 2025.

_____
Kevin Pérez
Appellant Pro Se

Address: Essex County Jail
354 Doremus Avenue
Newark, New Jersey 07102

Date: 01/13/26