

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 5, 2026

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** ***United States v. Ashanti Washington*, 25 Cr. 287 (GBD)**
> ***United States v. Kevin Perez*, 23 Cr. 99 (LJL)**

Dear Judge Liman:

The Government writes respectfully as an update to the Government's June 25, 2025 related case letter to advise the Court of a development in the prosecution of Ashanti Washington, which relates to the trial that the Court presided over in *United States v. Kevin Perez*, 23 Cr. 99 (LJL) (the "Perez Trial").  (*See* 23 Cr. 99, Dkt. 240; 25 Cr. 287, Dkt. 6).

As the Court is aware, on March 17 and 18, 2025, Washington testified as a defense witness at the Perez Trial.  In her sworn testimony, Washington stated, among other things, that in the moments before Perez shot and killed Hwascar Hernandez, Washington heard Hernandez threaten to "clap"—which Washington understood to mean "shoot"—her and Perez.  (*See, e.g.*, 3/18/25 Tr. at 1407).  As a result of Washington's testimony, the Court allowed the jury to hear evidence that first responders recovered a gun from Hernandez's clothing—a gun that was not otherwise visible during the homicide—in order to corroborate Washington's claim that Hernandez purportedly said that he would "clap" Washington and Perez.  (*See, e.g.*, *id.* at 1419).  Prior to that testimony, the Court had precluded evidence that Hernandez had possessed a gun unless the defense put forth evidence that "the decedent made verbal representations that he both possessed a weapon and that he intended to use it."  (3/10/25 Tr. at 10).  The Court noted that the "prejudicial impact would be tremendous" of admitting evidence of Hernandez's gun.  (*Id.*). At the conclusion of the Perez Trial, the jury found Perez not guilty of murder in aid of racketeering after apparently accepting Perez's self-defense theory.

Washington was subsequently charged with three counts of perjury and obstruction of justice, based on this testimony at the Perez Trial, as well as other testimony that she had not seen or touched Perez's gun prior to the homicide, and that she was unfamiliar with the hand sign for the Sev Side/DOA gang, of which Perez was a leader.  *See United States v. Ashanti Washington*, 25 Cr. 287 (GBD), Dkt. No. 2 (Indictment).  The case was assigned to the Honorable George B. Daniels.

On July 23, 2026, Washington pleaded guilty to perjury.  Washington stated the following in her plea allocution:

| THE COURT: | Please tell me in your own words what you did that makes you guilty of the crime charged in the indictment of Count Three. |
|---|---|
| WASHINGTON: | On March 17 and March 18, 2025, I testified in the criminal case of *United States v. Kevin Perez* before the Honorable Lewis Liman in this courthouse. I testified on behalf of the defendant, and before testifying, I was placed under oath and swore to tell the truth, but I lied under oath when I said the victim of the shooting threatened us moments before the shooting by saying he was going to clap us. |
| THE COURT: | Okay. |
| WASHINGTON: | And that meant to shoot us. |
| DEFENSE COUNSEL: | The phrase "to clap us," which is in the transcript. The government went on and asked what does that mean, and that meant in this context to shoot. |
| THE COURT: | And that testimony was false? |
| WASHINGTON: | Yes. |
| THE COURT: | You knew it was false? |
| WASHINGTON: | Yes. |

(25 Cr. 287, 07/23/26 Tr. (Dkt. 37-1) 18-19).

The Government advises the Court of these developments because the testimony that Washington now admits was false had a material impact on the evidentiary rulings at the Perez Trial over which the Court presided. Washington's sentencing is currently scheduled for January 13, 2027, before Judge Daniels.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By:_____/s/_____
Michael Herman / Patrick Moroney / Ni Qian
Assistant United States Attorneys
(212) 637-2221 / -2665 / -2364

CC: The Honorable George B. Daniels
    All Counsel of Record